## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

**Gergio M. Ser**                                    ,

                                 **Plaintiff,**          **Case No.:** 3:26-cv-00289-ART-CLB

**v.**                                                      **MINUTE ORDER**

**SDCC Officer, et al.**                  ,          **Date:** April 29, 2026

                  **Defendant(s).**

Minute Order in Chambers
The Honorable Carla Baldwin                                    , United States Magistrate Judge

      Plaintiff, Gergio M. Ser                                                                                    ,
ID# 1278539                          , has initiated a civil action in this court. Plaintiff is an inmate in the custody of the Nevada Department of Corrections (NDOC).

      Effective December 8, 2025, NDOC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate in NDOC Custody."

☐   Plaintiff has submitted an incomplete application to proceed *in forma pauperis* on an outdated form.  The Clerk of the Court will send to Plaintiff the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same.

      Plaintiff has until_____ to pay the full filing fee of $405 or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the court's approved form and is properly signed by Plaintiff on page 3.  Plaintiff is cautioned that this action may be dismissed without prejudice if Plaintiff fails to timely comply with this order.

☑   Plaintiff has neither paid the full $405 filing fee for this case nor submitted a completed application to proceed *in forma pauperis* on this court's approved form. *See* 28 U.S.C. §§ 1914, 1915(a)(1)–(2); Nev. Loc. Special R. 1-2.  The Clerk of the Court will send to Plaintiff the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same.

      Plaintiff has until June 1, 2026                     to pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the court's approved form and is properly signed by Plaintiff on page 3.  Plaintiff is cautioned that this action may be dismissed without prejudice if Plaintiff fails to timely comply with this order.

☐ Plaintiff submitted an application to proceed *in forma pauperis* on this court's approved form but did not sign page 3 of the application.  The Clerk of the Court will send to Plaintiff the approved form application to proceed *in forma pauperis* by an inmate in NDOC custody and instructions for the same.

Plaintiff has until_____ to pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis*, which includes pages 1–3 of the court's approved form and is properly signed by Plaintiff on page 3.  Plaintiff is cautioned that this action may be dismissed without prejudice if Plaintiff fails to timely comply with this order.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK
By: _____/s/_____
            Deputy Clerk